# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH L. LEWIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES PAROLE COMMISSION** | : | **NO. 19-6154** |

## ORDER

**NOW**, this 8th day of December, 2020, upon consideration of the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241(c)(3) (Doc. No. 1) and the government's response, it is **ORDERED** that the petition is **DENIED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.